**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 17-1300**

―――――――

RONA ROSEMOND ANSAH,

Plaintiff - Appellant,

v.

WALMART STORES, INC.,

Defendant - Appellee.

―――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:16-cv-01351-JCC-IDD)

―――――――

Submitted: July 20, 2017                           Decided: July 24, 2017

―――――――

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Rona Rosemond Ansah, Appellant Pro Se. John Mark Murdock, BENTON POTTER MURDOCK, PC, Falls Church, Virginia, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rona Rosemond Ansah appeals the district court's order dismissing her civil action for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Ansah leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. *Ansah v. WalMart Stores, Inc.*, No. 1:16-cv-01351-JCC-IDD (E.D. Va. Feb. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*